UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmie Leeds Road
Building 200- Suite C
Galloway, NJ 08205
By: Steven A. Silnutzer, Esq.- SAS-0833

In Re:

Teresa C. Garces

Case No.: 17-13142

Chapter: 13

Judge: ABA

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Steven A. Silnutzer, Esq. will be substituted as attorney of record for Angela Gregin, Debtor in this case.[1]

Date: 8/8/2017

/s/John J. Hutt
Signature of Former Attorney

Date: 8/8/2017

/s/Steven A. Silnutzer
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.