UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:   TERESA C. GARCES

Case No.: 17-13142

Chapter: 13

Judge: JUDGE ANDREW B. ALTENBURG JR.

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Fay Servicing, LLC
(Example: John Smith, creditor)

Old address:   939 W. North Avenue
Suite 680
Chicago, Illinois 60642

New address:   3000 Kellway Dr.
Ste 150
Carrollton, TX 75006

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   08/17/2017          /s/ Padma Vaghela
                            Signature

*rev.2/1/16*