Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−13142−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Teresa C. Garces
  201 E. Bayview Avenue
  Pleasantville, NJ 08232

Social Security No.:
  xxx−xx−1869

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 27, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 62 − 60
Order Granting Application for Extension of Loss Mitigation (Related Doc # 60). Loss Mitigation Period Extended to: 10/22/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/27/2018. (bc)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 27, 2018
JAN: bc

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 17-13142-ABA
Teresa C. Garces Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1 Date Rcvd: Aug 27, 2018
 Form ID: orderntc Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
cr +SN Servicing Corporation,    Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
 New York, NY 10004-1734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr E-mail/Text: bknotices@snsc.com Aug 28 2018 00:08:26     SN Servicing Corp,   323 5th Street,
 Eureka, CA  95501
 TOTAL: 1

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
 Denise E. Carlon on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
 National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
 Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
 Isabel C. Balboa on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
 summarymail@standingtrustee.com
 Jennifer R. Gorchow on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
 Jonathan C. Schwalb on behalf of Creditor   SN Servicing Corporation
 bankruptcy@friedmanvartolo.com
 Laura M. Egerman on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
 National Association, as Legal Title Trustee bkyecf@rasflaw.com,
 bkyecf@rasflaw.com;legerman@rasnj.com
 Steven A. Silnutzer on behalf of Debtor Teresa C. Garces stevenasil2000@yahoo.com,
 G28047@notify.cincompass.com;silnutzerlaw@gmail.com
 U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 8