**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Teresa C. Garces<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1869 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   2/18/17 |
| Case number: | 17–13142–ABA | Date case converted to chapter: | 7   6/28/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Teresa C. Garces | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 201 E. Bayview Avenue<br>Pleasantville, NJ 08232 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven A. Silnutzer<br>335 E. Jimmie Leeds Road<br>Building 200, Suite C<br>Galloway, NJ 08205 | Contact phone 609–748–6100 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas J Subranni<br>Subranni Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 7/1/19 |
| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 8, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/7/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                       Case No. 17-13142-ABA
Teresa C. Garces                                                             Chapter 7
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jul 01, 2019
                               Form ID: 309A                Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db             +Teresa C. Garces,    201 E. Bayview Avenue,    Pleasantville, NJ 08232-3014
tr             +Thomas J Subranni,    Subranni Zauber,    1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
516655090      +ADT Security Services, Inc.,    Attn: N C O Financial Systems, Inc.,     507 Prudential Rd.,
                 Horsham PA 19044-2308
516655091       Associated Credit Services, Inc.,    P O Box 5171,    Westborough MA 01581-5171
516655089      +Asst Attorney General,    Civil Trial Section, Eastern Region,    PO Box 227,
                 Ben Franklin Station,    Washington, DC 20044-0227
516655092       Atlantic Pathologists PC,    P O Box 95000-2705,    Philadelphia PA 19195-0001
516655093       Bayfront Emergency Physicians,    P O Box 3012,    Wilmington DE 19804-0012
516655097       C C S Collection Services (3),    P O Box 55126,    Boston MA 02205-5126
516655096       Coastal Clinical Pathologists,    P O Box 892,    Concordville PA 19331-0892
516655099      +Ditech Financial LLC,    ATTN: Phelan Hallinan Diamond & Jones,,     400 Fellowship Road, Suite A,
                 Mt. Laurel, NJ 08054-3437
516655100       Fay Servicing,    P O Box 619063,    Dallas TX 75261-9063
516921423      +Fay Servicing, LLC,    Bankruptcy Department,    440 South LaSalle Street, Suite 2000,
                 Chicago , IL 60605-5011
517019208     #+Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrolltown, TX 75006-3357
516655105      +Joe D Williams, D M D,    6816 Ventnor Ave,    Ventnor NJ 08406-2027
516655106      +Lyons Dougherty Veldhuis,    136 Gaither Dr Suite 100,    P O Box 1269,    Mt Laurel NJ 08054-7269
516655110      +M C M (3),    Dept 12421,    P O Box 603,   Oaks PA 19456-0603
516655107      +Merchants' Credit Guide Co,    223 W Jackson Blvd #400,    Chicago Illinois 60606-6974
516655111      +Midland Funding LLC,    Attn: Gerardinodipopolo,    Goldman & Warshaw,    P O Box 2500,
                 West Caldwell NJ 07007-2500
516655112       N C O Financial Systems Inc,    20 E Clementon Rd #102 North,    Gibbsboro NJ 08026
516655108       Office of Chief Counsel,    IRS SB/SE Div Counsel,    One Newark Center,    Suite 1500,
                 Newark, NJ  07102 5224
516655115      +PNC Bank,    2730 Liberty Ave,   Pittsburgh PA 15222-4747
516712650      +PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NA,     c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516655109      +Pressler & Pressler,    7 Entin Rd,    Parsippany NJ 07054-5020
516655117      +Prism Education Group, Inc.,    Attn: Mary Dignan,    8025 Black Horse Pk Suite 210,
                 W Atlantic City NJ 08232-2960
516655118      +Professional Recovery Services Inc,    Attn: John Crosby,    P O Box 1880,
                 Voorhees NJ 08043-7880
516655121      +Southern Jersey Family Medical Centers,    P O Box 1208,    Hammonton NJ 08037-5208
516655122       Southwest Credit,    4129 International Pkwy Suite 1100,    Carrollton TX 75007-1958
516706706      +TMobile,    Attn American Infosource, LP,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
516655125      +U S Department of Education,    P O Box 530260,    Atlanta GA 30353-0260
516655126       Valentine & Kebartas Inc,    PO Box 325,    Lawrence MA 01842-0625
516655127       Vision Financial Corp,    P O Box 900,    Purchase NY 10577-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: stevenasil2000@yahoo.com Jul 02 2019 01:07:45      Steven A. Silnutzer,
                 335 E. Jimmie Leeds Road,    Building 200, Suite C,    Galloway, NJ  08205
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516655094      +E-mail/Text: ering@cbhv.com Jul 02 2019 01:09:37      C B H V,    P O Box 3495,
                 Toledo OH 43607-0495
516706741      +E-mail/Text: ering@cbhv.com Jul 02 2019 01:09:37      CBHV,    PO Box 831,
                 Newburgh, NY 12551-0831
516655095       EDI: CAPITALONE.COM Jul 02 2019 04:23:00      Capital One Bank,    P O Box 71083,
                 Charlotte NC 28272-1083
516655101       E-mail/Text: data_processing@fin-rec.com Jul 02 2019 01:09:14
                 Financial Recovery Services, Inc.,    P O Box 385908,    Minneapolis MN 55438-5908
516655102      +EDI: IIC9.COM Jul 02 2019 04:23:00      I C System Inc,    P O Box 64380,    St Paul MN 55164-0380
516655098       EDI: IRS.COM Jul 02 2019 04:23:00      Department of The Treasury,
                 Bureau of the Fiscal Service,    P O Box 1686,    Birmingham AL 35201-1686
516655114      +E-mail/Text: janicemorgan@optimum.net Jul 02 2019 01:10:31       PDAB Inc,    66 Ford Rd Suite 114,
                 Denville NJ 07834-1300
516655116       E-mail/Text: bkrnotice@prgmail.com Jul 02 2019 01:09:39      Paragon Revenue Group,
                 216 Le Phillip Ct,    Concord NC 28025-2954
516655119       E-mail/Text: bk@rgsfinancial.com Jul 02 2019 01:08:35      R G S Financial,    P O Box 852039,
                 Richardson  TX 75085-2039
516655120      +E-mail/Text: jboehler@shorememorial.org Jul 02 2019 01:10:50       Shore Medical Center,
                 P O Box 217,    Somers Point NJ 08244-0217
516677830      +EDI: RMSC.COM Jul 02 2019 04:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516655123       EDI: AISTMBL.COM Jul 02 2019 04:23:00      T Mobile,    P O Box 742596,
                 Cincinnati OH 45274-2596
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 309A            Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517308639        +E-mail/Text: bknotices@snsc.com Jul 02 2019 01:10:26      US Bank Trust National Association,
                  c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501,
                  US Bank Trust National Association,     c/o SN Servicing Corporation 95501-0305
517308638        +E-mail/Text: bknotices@snsc.com Jul 02 2019 01:10:26      US Bank Trust National Association,
                  c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
516950233         EDI: ECMC.COM Jul 02 2019 04:23:00      US Department of Education,    P O Box 16448,
                  Saint Paul MN 55116-0448
516872320        +EDI: AIS.COM Jul 02 2019 04:23:00      Verizon,   by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516655128         EDI: WFFC.COM Jul 02 2019 04:23:00      Wells Fargo Bank,    P O Box 536210,
                  Atlanta GA 30353-6210
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516655103*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Special Procedures Unit,
                 955 S. Springfield Avenue,    Springfield, NJ  07081)
516655104*       Internal Revenue Service,    PO Box 7346,    Phila., PA  19101 7346
516706742*      +TMobile,   Attn American Infosource, LP,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
516655113       ##+National Credit Services Inc,    P O Box 3002,    17704 134th Ave NE,   Woodinville WA 98072-4605
516655124       ##Tate & Kirlin Associates,    2810 Southampton Rd,    Philadelphia PA 19154-1207
                                                                                   TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```