**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
GARCES, TERESA C.

Case No.: 17-13142  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on September 10, 2019 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 201 E BAYVIEW AVE, PLEASANTVILLE, NJ 08232 | $115,000.00 | $203,842.54 | $20,324.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ Thomas J. Subranni  
Address:         1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.:  (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 17-13142-ABA
Teresa C. Garces                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2               Date Rcvd: Aug 13, 2019
                              Form ID: pdf905          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
```
db          +Teresa C. Garces,    201 E. Bayview Avenue,    Pleasantville, NJ 08232-3014
cr          +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
              New York, NY 10004-1734
516655090   +++ADT Security Services, Inc.,    c/o N C O Financial Systems, Inc.,    PO Box 15273,
              Wilmington DE, 19850-5273
516655091    Associated Credit Services, Inc.,    P O Box 5171,    Westborough MA 01581-5171
516655089   +Asst Attorney General,    Civil Trial Section, Eastern Region,    PO Box 227,
              Ben Franklin Station,    Washington, DC 20044-0227
516655092    Atlantic Pathologists PC,    P O Box 95000-2705,    Philadelphia PA 19195-0001
516655093    Bayfront Emergency Physicians,    P O Box 3012,    Wilmington DE 19804-0012
516655097    C C S Collection Services (3),    P O Box 55126,    Boston MA 02205-5126
516655096   +++Coastal Clinical Pathologists,    1 E. New York Ave.,    Somers Point, NJ 08244
516655099   +Ditech Financial LLC,    ATTN:  Phelan Hallinan Diamond & Jones,,    400 Fellowship Road, Suite A,
              Mt. Laurel, NJ 08054-3437
516655100    Fay Servicing,    P O Box 619063,    Dallas TX 75261-9063
516921423   +Fay Servicing, LLC,    Bankruptcy Department,    440 South LaSalle Street, Suite 2000,
              Chicago , IL 60605-5011
517019208   #+Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrolltown, TX 75006-3357
516655105   +Joe D Williams, D M D,    6816 Ventnor Ave,    Ventnor NJ 08406-2027
516655106   +Lyons Dougherty Veldhuis,    136 Gaither Dr Suite 100,    P O Box 1269,    Mt Laurel NJ 08054-7269
516655110   +++MCM,   c/o Midland Credit Management,    2365 Northside Dr. Ste 300,    San Diego, CA 92108-2709
516655107   +Merchants' Credit Guide Co,    223 W Jackson Blvd #400,    Chicago Illinois 60606-6974
516655111   +Midland Funding LLC,    Attn: Goldman & Warshaw,    118 Westfield Ave.,    Clark, NJ 07066-2452
516655112    N C O Financial Systems Inc,    20 E Clementon Rd #102 North,    Gibbsboro NJ 08026
516655113   +++National Credit Services Inc,    2525 220th SE,    #200,    Bothell, WA 98021-4440
516655108    Office of Chief Counsel,    IRS SB/SE Div Counsel,    One Newark Center,    Suite 1500,
              Newark, NJ  07102 5224
516655115   +PNC Bank,    2730 Liberty Ave,    Pittsburgh PA 15222-4747
516712650   +PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NA,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516655109   +Pressler & Pressler,    7 Entin Rd,    Parsippany NJ 07054-5020
516655117   +Prism Education Group, Inc.,    Attn:  Mary Dignan,    8025 Black Horse Pk Suite 210,
              W Atlantic City NJ 08232-2960
516655118   +++Professional Recovery Services Inc.,    221 Laurel Rd., Suite 160,    Voorhees, NJ 08043-2277
516655121   +Southern Jersey Family Medical Centers,    P O Box 1208,    Hammonton NJ 08037-5208
516655122    Southwest Credit,    4129 International Pkwy Suite 1100,    Carrollton TX 75007-1958
516655125    U S Department of Education,    400 Maryland Ave SW,    Washington, DC 20202-0001
516950233    US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516655126    Valentine & Kebartas Inc,    PO Box 325,    Lawrence MA 01842-0625
516655127    Vision Financial Corp,    P O Box 900,    Purchase NY 10577-0900
516655128    Wells Fargo Bank,    P O Box 536210,    Atlanta GA 30353-6210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2019 00:16:54      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2019 00:16:51      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           E-mail/Text: bknotices@snsc.com Aug 14 2019 00:18:19      SN Servicing Corp,    323 5th Street,
              Eureka, CA  95501
516655094   +E-mail/Text: ering@cbhv.com Aug 14 2019 00:16:47       C B H V,    P O Box 3495,
              Toledo OH 43607-0495
516706741   +E-mail/Text: ering@cbhv.com Aug 14 2019 00:16:47       CBHV,    PO Box 831,
              Newburgh, NY 12551-0831
516655095    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 00:20:01      Capital One Bank,
              P O Box 71083,    Charlotte NC 28272-1083
516655101    E-mail/Text: data_processing@fin-rec.com Aug 14 2019 00:16:26
              Financial Recovery Services, Inc.,    P O Box 385908,    Minneapolis MN 55438-5908
516655098    E-mail/Text: cio.bncmail@irs.gov Aug 14 2019 00:16:06      Department of The Treasury,
              Bureau of the Fiscal Service,    P O Box 1686,    Birmingham AL 35201-1686
516655114   +E-mail/Text: janicemorgan@optimum.net Aug 14 2019 00:18:28      PDAB Inc,    66 Ford Rd Suite 114,
              Denville NJ 07834-1300
516655116    E-mail/Text: bkrnotice@prgmail.com Aug 14 2019 00:16:50      Paragon Revenue Group,
              216 Le Phillip Ct,    Concord NC 28025-2954
516655119    E-mail/Text: bk@rgsfinancial.com Aug 14 2019 00:15:50      R G S Financial,    P O Box 852039,
              Richardson  TX 75085-2039
516655120   +E-mail/Text: jboehler@shorememorial.org Aug 14 2019 00:18:37      Shore Medical Center,
              P O Box 217,    Somers Point NJ 08244-0217
516677830   +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:19:12      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516655123    E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 14 2019 00:19:11       T Mobile,
              P O Box 742596,    Cincinnati OH 45274-2596
516706706   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 00:19:38       TMobile,
              Attn American Infosource, LP,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Aug 13, 2019
                               Form ID: pdf905          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517308639      +E-mail/Text: bknotices@snsc.com Aug 14 2019 00:18:20      US Bank Trust National Association,
                c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501,
                US Bank Trust National Association,     c/o SN Servicing Corporation 95501-0305
517308638      +E-mail/Text: bknotices@snsc.com Aug 14 2019 00:18:19      US Bank Trust National Association,
                c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
516872320      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 00:19:38      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PROF-2013-S3 Legal Title Trust IV, by U.S. Bank Na,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516655103*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures Unit,
                955 S. Springfield Avenue,    Springfield, NJ  07081)
516655104*     Internal Revenue Service,    PO Box 7346,    Phila., PA  19101 7346
516706742*    +TMobile,    Attn American Infosource, LP,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
516655102    ##+I C System Inc,    P O Box 64380,    St Paul MN 55164-0380
516655124    ##Tate & Kirlin Associates,    2810 Southampton Rd,    Philadelphia PA 19154-1207
                                                                                 TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Laura M. Egerman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Steven A. Silnutzer    on behalf of Debtor Teresa C. Garces stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com;silnutzerlaw@gmail.com
              Thomas J Subranni    trustee@subranni.com,
               NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```